NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WHITE KNUCKLE GAMING, LLC, A UTAH LIMITED LIABILITY COMPANY,**
*Plaintiff-Appellant*

**v.**

**ELECTRONIC ARTS, INC., A DELAWARE CORPORATION,**
*Defendant-Appellee*

---

2016-2286

---

Appeal from the United States District Court for the District of Utah in No. 1:15-cv-00150-JNP, Judge Jill N. Parrish.

---

## JUDGMENT

---

ANDREW S. HANSEN, HansenIP, Bountiful, UT, argued for plaintiff-appellant. Also represented by DAVID ALLAN JONES, Alpine IP PLLC, Lehi, UT.

JAMES CHRISTOPHER MARTIN, Reed Smith LLP, Pittsburgh, PA, argued for defendant-appellee. Also represented by JOHN BOVICH, CHRISTINE M. MORGAN, San Francisco, CA; GERARD M. DONOVAN, Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, SCHALL, and STOLL, *Circuit Judges*).

### AFFIRMED. *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| April 6, 2017 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |